FOSTER *v.* MERCHANTS & MECHANICS BANKING &o. CO.

Writ of error does not lie upon an order refusing to vacate the appointment of a temporary receiver.

No. 5296. OCTOBER 15, 1926.

Receivership. Before Judge Ellis. Fulton superior court. January 11, 1926.

*W. H. Terrell,* for plaintiff in error.

*Alston, Alston, Foster & Moise* and *W. H. Sibley,* contra.

GILBERT, J. Merchants & Mechanics Banking & Loan Company brought suit against Clara E. Foster. Among the prayers was one for the appointment of a receiver. The court appointed a temporary receiver. No complaint is made of this order. Thereafter the defendant filed a petition alleging that, for stated reasons, "the receiver appointment was improvidently made, and should be set aside." The court rendered a judgment "denying said motion of the defendant." The sole exception is to this latter judgment. In this court the defendant in error moved to dismiss the writ of error, on the ground: "That this court has no jurisdiction to determine the questions presented on the writ of error, in that the order of the Fulton superior court complained of is not a final disposition of the case, and that the bill of exceptions is prematurely brought."

The motion to dismiss the writ of error must be granted. The only assignment of error is on the judgment which is not final. "The Supreme Court can not . . review an order refusing to vacate the appointment of a temporary receiver." *Akins* v. *Mull,* 150 *Ga.* 459, 460 (104 S. E. 209), and cit.; *Watson* v. *Equitable Mortgage Co.,* 129 *Ga.* 50 (58 S. E. 473); *Eagle Publishing Co.* v. *Mercer,* 154 *Ga.* 246, 254 (114 S. E. 26).

*Writ of error dismissed. All the Justices concur.*

Appeal and Error, 3 C. J. p. 576, n. 68.